fraudulent as to creditors. Decree for complainant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

William Mumford and Barry Mumford, for appellants. Thomas D. Masters and Walter T. Day, for appellee; A. Clay Williams, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Nathan W. Odle et al., appellants, v. Robert R. Rodman et al., appellees.**

Bill to reform written contract as to rights of heirs under will, so far as it related to certain attorney's fees. Decree finding complainants failed to prove that said fees should be included; that there was no mutual mistake; that attorney in question did not make false and fraudulent misrepresentations as alleged; and that complainants are not entitled to relief on these accounts; but that contract should be reformed to include certain facts as to payment received by said attorney. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1922. Remanded with directions. Opinion filed April 23, 1923.

Miles S. Odle, for appellants. Acton, Acton & Snyder, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Quincy Railway Company, appellant, v. John Musolino, appellee.**

Suit for damages to street car by collision with automobile truck. Judgment for street car company. Appeal from the County Court of Adams county; the Hon. W. Y. Baker, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed April 23, 1923.

William H. Schlagenhauf and John E. Wall, for appellant. John F. Garner, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**A. B. Hilty, appellee, v. In re estate of Martin W. Deem, deceased, H. B. Phillips, administrator, appellant.**

Claim against estate of a deceased on ground of alleged one-fourth interest in a drilling machine sold by the administrator. Judgment against the estate. Appeal from the Circuit Court of Clark county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923. Rehearing denied June 26, 1923.

John J. Arney and S. M. Scholfield, for appellant. Graham & Snavely, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Uffie Wieties, appellee, v. James C. Davis, director general of railroads, operating Illinois Central Railroad, appellant.**

Suit for damages for destruction of automobile on railroad crossing, by train. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding.